

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2021

No. 04-20-00465-CV

**AMMONITE OIL & GAS CORPORATION**,
Appellant

v.

**RAILROAD COMMISSION OF TEXAS**,
Appellees

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-18-0003-CV-A
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

On February 10, 2021, appellee the Railroad Commission of Texas filed an unopposed motion seeking leave to file an amended brief that conforms to the court's citation preferences. Appellee attached its amended brief to the motion. After consideration, appellee's motion for leave to file an amended brief is GRANTED, and appellee's amended brief is deemed filed as of February 10, 2021.

It is so **ORDERED** on February 22, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT